# United States District Court

-------------------------- DISTRICT OF KANSAS----------------------------

**TRU MOBILITY, INC.,**

       **Plaintiff,**

**v.**                                              **Case No: 21-4071-JAR**

**BRIGGS AUTO GROUP, INC.,**

       **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS THEREFORE ORDERED BY THE COURT** that Defendant's Motion for Attorneys Fees (Doc. 84) is **granted in part and denied in part** for a total award of $137,401.52.


<u>August 2, 2023</u>                              SKYLER B. O'HARA
     Date                                     CLERK OF THE DISTRICT COURT

                                                  by: <u>*s/ Sarah Spegal*</u>
                                                           Deputy Clerk